1  Burke Huber
   Nevada State Bar No. 10902
2  **RICHARD HARRIS LAW FIRM**
   801 South 4th Street
3  Las Vegas, Nevada 89101
   Tel: (702) 444-4444
4  Email: burke@richarcharrislaw.com
   *Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| MARIA ARREDONDO | |
|---|---|
| Plaintiff, | Case No. 2:20-cv-01040- APG-VCF |
| vs. | |
| UNLV MEDICINE, a nonprofit corporation; DOES 1 through 10; ROE ENTITIES 11 through 20, inclusive jointly and severally, | **STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF TO FILE A RESPONSE TO DEFENDANT'S MOTION TO DISMISS** |
| Defendants. | **(FIRST REQUEST)** |

IT IS HEREBY STIPULATED by and between Plaintiff, Maria Arredondo, ("Plaintiff"), through her counsel Burke Huber, at the Richard Harris Law Firm, and Defendant, UNLV Medicine, through its counsel, Jackson Lewis P.C., that Plaintiff shall have an extension to July 10, 2020 to file a response to Defendant's Motion to Dismiss [ECF No. 5].

This Stipulation is submitted and based upon the following:

1. On June 17, 2020, Defendant filed a Motion to Dismiss [ECF No. 5].

2. Recently there was a positive test for Covid 19 at Mr. Huber's office, and this has caused obstacles and delays related to testing and other precautionary measures.

3. This is the first request for an extension of time for Plaintiff to file a response to Defendant's motion to dismiss.

4. This request is made in good faith and not for the purpose of delay.

5. Nothing in this Stipulation, nor the fact of entering to the same, shall be construed as waiving any claim and/or defense held by any party.

Dated this 30th day of June, 2020.

| RICHARD HARRIS LAW FIRM | JACKSON LEWIS P.C. |
|---|---|
| */s/ Burke Huber* <br> Richard Harris, Bar No. 505 <br> Benjamin Cloward, Bar No. 11087 <br> Burke Huber, Bar No. 10902 <br> 801 S. Fourth Street <br> Las Vegas, Nevada 89101 <br> *Attorney for Plaintiff* | */s/ Deverie J. Christensen* <br> Deverie J. Christensen, Bar No. 6596 <br> Phillip C. Thompson, Bar No. 12114 <br> 300 S. Fourth Street, Ste. 900 <br> Las Vegas, Nevada 89101 <br> *Attorneys for Defendant* |

**ORDER**

IT IS SO ORDERED:

_____
United States District Court/Magistrate Judge

Dated: 7/1/2020 _____

4820-4904-0833, v. 1

2