1  Deverie J. Christensen
   Nevada State Bar No. 6596
2  Phillip C. Thompson
   Nevada State Bar No. 12114
3  **JACKSON LEWIS P.C.**
   300 S. Fourth Street, Suite 900
4  Las Vegas, Nevada 89101
   Tel: (702) 921-2460
5  Email:  deverie.christensen@jacksonlewis.com
            phillip.thompson@jacksonlewis.com
6
   *Attorneys for Defendant*
7  *UNLV Medicine*

8              **UNITED STATES DISTRICT COURT**

9                  **DISTRICT OF NEVADA**

10 MARIA ARREDONDO

11          Plaintiff,                    Case No. 2:20-cv-01040- APG-VCF

12          vs.

13 UNLV MEDICINE, a nonprofit corporation;
   DOES 1 through 10; ROE ENTITIES 11        **STIPULATION AND ORDER FOR**
14 through 20, inclusive jointly and severally,   **DISMISSAL WITH PREJUDICE**

15          Defendants.

16

17

18      IT IS HEREBY STIPULATED AND AGREED by and between the parties and respective

19 counsel, that the above-entitled case be dismissed with prejudice, each party to bear its own

20 / / /

21 / / /

22 / / /

23

24

25

26

27

28

1    attorneys' fees and costs.

2         Dated this 26th day of October, 2020.

3
     RICHARD HARRIS LAW FIRM                    JACKSON LEWIS P.C.
4

5
     */s/ Burke Huber*                          */s/ Deverie J. Christensen*
6    Richard Harris, Bar No. 505               Deverie J. Christensen, Bar No. 6596
     Benjamin Cloward, Bar No. 11087           Phillip C. Thompson, Bar No. 12114
7    Burke Huber, Bar No. 10902                300 S. Fourth Street, Ste. 900
     801 S. Fourth Street                      Las Vegas, Nevada 89101
8    Las Vegas, Nevada 89101                   *Attorneys for Defendant*
     *Attorney for Plaintiff*
9

10

11

12
                                        **ORDER**
13

14                                      IT IS SO ORDERED:

15

16

17
                                        _____
18                                      United States District Judge

19
                                        Dated:  October 26, 2020
20

21   4842-2697-1341, v. 1

22

23

24

25

26

27

28